Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Kodi Distributing, LLC |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 27-0837434 |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1818 North 25th Drive <br> Phoenix, AZ 85009-2621 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Maricopa <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)  _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Kodi Distributing, LLC                             Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | Kodi Distributing, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  . *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Kodi Distributing, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/21/2017
MM / DD / YYYY

**X** /s/ Narongyos Santadsin          Narongyos Santadsin
Signature of authorized representative of debtor          Printed name

Title  Managing Member

**18. Signature of attorney**

**X** /s/ Krystal M. Ahart          Date  6/21/2017
Signature of attorney for debtor          MM / DD / YYYY

Krystal M. Ahart
Printed name

James F. Kahn, PC
Firm name

Bankruptcy Legal Center™
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Number, Street, City, State & ZIP Code

Contact phone  602-266-1717          Email address  Krystal.Ahart@azbk.biz

029358
Bar number and State

# Kodi Distribution, LLC
## Statement of Assets, Liabilities & Equity - Income Tax Basis
As of May 31, 2017

|  | May 31, 17 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Wells Fargo Savings - 7202 | 2,199.11 |
|       BBVA Checking - 7346 | 81.63 |
|       BofA Checking -3646 | 30.22 |
|       Wells Fargo Checking - 3606 | 4,700.26 |
|       BofA Checking 5068 -- Kodi | -14.87 |
|       BBVA Savings -5662 -- Kodi | 5.52 |
|       Petty Cash | 100.00 |
|       PayPal - Kodi | 279.92 |
|       PayPal - Le Luv | 205.15 |
|     **Total Checking/Savings** | 7,586.94 |
|     **Other Current Assets** | |
|       N/R - Shareholder | 39,985.54 |
|       N/R - Taylor Right Company | 119,047.99 |
|       Payroll Clearing - CSDU | 3.97 |
|       Payroll Clearing | 31.31 |
|       Paypal Clearing | 695.00 |
|       Employee Advance | 332.05 |
|       **Inventory Asset** | |
|         Inventory -- Kodi | 188,907.68 |
|         Inventory Asset - Other | 3,228.20 |
|       **Total Inventory Asset** | 192,135.88 |
|     **Total Other Current Assets** | 352,231.74 |
|   **Total Current Assets** | 359,818.68 |
|   **Fixed Assets** | |
|     Computer Equipment | 10,000.37 |
|     Computers | 2,854.41 |
|     Equipment | 23,040.40 |
|     Furniture and Equipment | 6,844.97 |
|     Material Handling Equipment | 638.40 |
|     Office Equipment | 1,849.25 |
|   **Total Fixed Assets** | 45,227.80 |
|   **Other Assets** | |
|     Goodwill | 343,828.48 |
|     Security Deposits Asset | 2,400.00 |
|   **Total Other Assets** | 346,228.48 |
| **TOTAL ASSETS** | 751,274.96 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         A/P - Paypal | 1,528.99 |
|       **Total Accounts Payable** | 1,528.99 |
|       **Credit Cards** | |
|         Wells Fargo CC - 7046 | 421.03 |
|         American Express Plum - 1004 | 3,621.00 |
|         American Express (1006) | 12,504.33 |
|         BBVA Kodi CC (6621) | 14,686.33 |
|         BOA VISA (2631) -- Kodi | 20,085.46 |
|       **Total Credit Cards** | 51,318.15 |
|       **Other Current Liabilities** | |
|         N/P - Financial Pacific Leasing | 13,506.15 |
|         N/P - Kabbage Inc | 79,034.49 |

# Kodi Distribution, LLC
## Statement of Assets, Liabilities & Equity - Income Tax Basis
### As of May 31, 2017

|  | May 31, 17 |
|---|---:|
| N/P - LoanMe | 47,366.10 |
| N/P - QuarterSpot | 83,354.69 |
| Payroll Liabilities | 2,012.85 |
| **Total Other Current Liabilities** | 225,274.28 |
| **Total Current Liabilities** | 278,121.42 |
| **Long Term Liabilities** | |
|   N/P - Paypal Loan | 54,431.20 |
|   N/P - Bonita Turk | 14,462.94 |
|   Intercompany Transfers | |
|     Due To/(From) Fantasy | 7,572.10 |
|   **Total Intercompany Transfers** | 7,572.10 |
|   Notes Payable | |
|     N/P - Fantasy Holdings | 500,000.00 |
|   **Total Notes Payable** | 500,000.00 |
| **Total Long Term Liabilities** | 576,466.24 |
| **Total Liabilities** | 854,587.66 |
| **Equity** | |
|   Capital Stock | 100.00 |
|   Shareholder Contributions | 8,855.00 |
|   Shareholder Distributions | -13,532.75 |
|   Shareholder Distributions - Med | -1,208.41 |
|   Members Equity | -62,891.46 |
|   Net Income | -34,635.08 |
| **Total Equity** | -103,312.70 |
| **TOTAL LIABILITIES & EQUITY** | 751,274.96 |

Management Use ONLY      Page 2
Case 2:17-bk-07048-EPB    Doc 1    Filed 06/21/17    Entered 06/21/17 15:28:58    Desc
Main Document     Page 6 of 11

# Kodi Distribution, LLC
## Statement of Revenue and Expenses - Income Tax Basis
### May 2017

|  | May 17 | Jan - May 17 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
|   **Amazon** | | |
|     Amazon - Canada | 48.45 | 1,443.73 |
|     Amazon.com | 14,593.72 | 76,943.61 |
|     Returns and Refunds | -160.05 | -1,421.31 |
|     Holding Account | -469.64 | -3,513.14 |
|   **Total Amazon** | 14,012.48 | 73,452.89 |
|   **Ebay** | | |
|     **Paypal - Le Luv** | | |
|       Sales Income | 4,904.77 | 23,048.75 |
|       Paypal Holding | -424.68 | -1,978.80 |
|       Returns & Refunds | -175.66 | -507.98 |
|     **Total Paypal - Le Luv** | 4,304.43 | 20,561.97 |
|     **PayPal - Kodi** | | |
|       Sales Income | 23,994.11 | 146,515.14 |
|       Paypal Holding | -46.74 | -45.79 |
|       Returns & Refunds | -302.58 | -3,240.15 |
|       PayPal - Kodi - Other | 0.00 | 0.00 |
|     **Total PayPal - Kodi** | 23,644.79 | 143,229.20 |
|   **Total Ebay** | 27,949.22 | 163,791.17 |
|   Internet Sales | 1,370.88 | 11,116.78 |
|   Merchandise Sales | 0.00 | 51.18 |
| **Total Income** | 43,332.58 | 248,412.02 |
| **Cost of Goods Sold** | | |
|   Contract Labor | 699.38 | 6,371.14 |
|   Cost of Goods Sold | 10,445.27 | 54,226.37 |
|   Inbound Freight & Shipping | 0.00 | 3,023.39 |
| **Total COGS** | 11,144.65 | 63,620.90 |
| **Gross Profit** | 32,187.93 | 184,791.12 |
| **Expense** | | |
|   **Marketing** | | |
|     **Merchant Account fee** | | |
|       Amazon Seller Fees | 2,203.89 | 11,603.30 |
|       PayPal Fees | 1,213.76 | 7,097.97 |
|       Merchant Account fee - Other | 100.63 | 460.64 |
|     **Total Merchant Account fee** | 3,518.28 | 19,161.91 |
|     Etsy Seller Fees | 177.44 | 1,485.04 |
|     Ebay Fees | 3,434.63 | 18,646.83 |
|     Advertising and Promotion | 584.11 | 1,716.63 |
|     Web Development | 564.64 | 3,239.60 |
|   **Total Marketing** | 8,279.10 | 44,250.01 |
|   **Shipping & Handling** | | |
|     Freight | 424.51 | 3,483.50 |
|     Shipping & Postage | 8,967.25 | 45,889.93 |
|     Supplies | 588.88 | 2,997.17 |
|   **Total Shipping & Handling** | 9,980.64 | 52,370.60 |
|   **General & Administrative** | | |
|     Business Licenses & Permits | 225.00 | 225.00 |

# Kodi Distribution, LLC
## Statement of Revenue and Expenses - Income Tax Basis
### May 2017

|  | May 17 | Jan - May 17 |
|---|---:|---:|
| **Automobile Expense** | | |
|     Insurance - Auto | 283.54 | 1,409.70 |
|     License & Registration | 9.00 | 267.32 |
|     Fuel | 74.61 | 347.07 |
|     Automobile Expense - Other | 0.00 | 5.00 |
| **Total Automobile Expense** | 367.15 | 2,029.09 |
| **Bank Charges** | | |
|     Bank Service Charges | 5.00 | 385.85 |
| **Total Bank Charges** | 5.00 | 385.85 |
| **Computer and Internet Expenses** | 598.93 | 4,129.16 |
| **Dues & Subscriptions** | 0.00 | 179.44 |
| **Insurnace - Liability** | 545.20 | 2,694.35 |
| **Interest Expense** | 5,416.08 | 7,881.77 |
| **Meals and Entertainment** | 0.00 | 1,808.03 |
| **Office Supplies** | 44.83 | 3,361.36 |
| **Outside Services** | 118.25 | 1,128.92 |
| **Payroll Expenses** | | |
|     Officer Salary | 8,625.00 | 31,607.78 |
|     Salaries & Wages | 5,775.00 | 25,130.00 |
|     Payroll Taxes | 1,101.60 | 4,630.24 |
| **Total Payroll Expenses** | 15,501.60 | 61,368.02 |
| **Product Samples** | 0.00 | 649.80 |
| **Professional Fees** | | |
|     Legal | 587.50 | 19,585.00 |
|     Accounting Services | 375.00 | 1,875.00 |
|     Professional Fees - Other | 708.00 | 3,118.00 |
| **Total Professional Fees** | 1,670.50 | 24,578.00 |
| **Rent Expense** | 0.00 | 5,659.32 |
| **Repairs and Maintenance** | 11.60 | 1,253.12 |
| **Sales Tax** | 215.56 | 541.87 |
| **Small Tools & Equipment** | 0.00 | 109.61 |
| **Supplies** | 16.24 | 182.04 |
| **Telephone Expense** | 217.67 | 1,145.92 |
| **Tools** | 0.00 | 87.80 |
| **Travel** | 0.00 | 125.88 |
| **Utilities** | 439.14 | 3,447.30 |
| **Total General & Administrative** | 25,392.75 | 122,971.65 |
| **Total Expense** | 43,652.49 | 219,592.26 |
| **Net Ordinary Income** | -11,464.56 | -34,801.14 |
| **Other Income/Expense** | | |
|   Other Income | | |
|     Interest Income | 165.62 | 166.06 |
| **Total Other Income** | 165.62 | 166.06 |
| **Net Other Income** | 165.62 | 166.06 |
| **Net Income** | **-11,298.94** | **-34,635.08** |

Management Use ONLY     Page 2
Case 2:17-bk-07048-EPB    Doc 1    Filed 06/21/17    Entered 06/21/17 15:28:58    Desc
Main Document     Page 8 of 11

# Kodi Distribution, LLC
## Statement of Cash Flows
### January through May 2017

|  | Jan - May 17 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -34,635.08 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
|   N/R - Taylor Right Company | -219.00 |
|   Payroll Clearing | 1,698.21 |
|   Amazon Clearing | 4,899.68 |
|   Paypal Clearing | -695.00 |
|   Employee Advance | -285.00 |
|   Inventory Asset:Inventory -- Kodi | 44,045.28 |
|   A/P - Paypal | -1,275.96 |
|   Wells Fargo CC - 7046 | 421.03 |
|   Wells Farco CC - 5871 | -145.43 |
|   American Express Plum - 1004 | -3,948.04 |
|   American Express (1006) | 1,332.47 |
|   BBVA Kodi CC (6621) | 450.57 |
|   BOA VISA (2631) -- Kodi | 608.37 |
|   N/P - Financial Pacific Leasing | -1,183.87 |
|   N/P - Kabbage Inc | -100.00 |
|   N/P - LoanMe | -100.00 |
|   N/P - QuarterSpot | -375.00 |
|   Payroll Liabilities | -172.81 |
| **Net cash provided by Operating Activities** | 10,320.42 |
| **INVESTING ACTIVITIES** |  |
|   Equipment | -619.02 |
|   GCS - Escrow Account | 12,845.00 |
|   Security Deposits Asset | 250.00 |
| **Net cash provided by Investing Activities** | 12,475.98 |
| **FINANCING ACTIVITIES** |  |
|   N/P - Paypal Loan | -13,619.00 |
|   N/P - Amazon Lending | -10,192.47 |
|   N/P - Bonita Turk | -790.02 |
|   Intercompany Transfers:Due To/(From) Fantasy | -43.20 |
|   Shareholder Contributions | 8,855.00 |
|   Shareholder Distributions | -13,532.75 |
|   Shareholder Distributions - Med | -1,208.41 |
| **Net cash provided by Financing Activities** | -30,530.85 |
| **Net cash increase for period** | -7,734.45 |
| **Cash at beginning of period** | 15,321.39 |
| **Cash at end of period** | 7,586.94 |

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2015**

Attachment Sequence No. **09**

| | | |
|---|---|---|
| Name of proprietor<br>Narongyos Santadsin | | Social security number (SSN)<br>XXX-XX-1660 |
| **A** Principal business or profession, including product or service (see instructions)<br>Online Store | | **B** Enter code from instructions<br>▶ 424990 |
| **C** Business name. If no separate business name, leave blank.<br>Kodi Distributing LLC | | **D** Employer ID number (EIN), (see instr.)<br>27-0837434 |
| **E** Business address (including suite or room no.) ▶ 1444 N 26th Ave | | |
| City, town or post office, state, and ZIP code  Phoenix AZ  85009 | | |

**F** Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2015? If "No," see instructions for limit on losses  [X] Yes  [ ] No
**H** If you started or acquired this business during 2015, check here  ▶ [ ]
**I** Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions)  [X] Yes  [ ] No
**J** If "Yes," did you or will you file required Forms 1099?  [X] Yes  [ ] No

## Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ] | 1 | 818,367 |
| 2 | Returns and allowances | 2 | 10,767 |
| 3 | Subtract line 2 from line 1 | 3 | 807,600 |
| 4 | Cost of goods sold (from line 42) | 4 | 257,997 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 549,603 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 316 |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 549,919 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---:|---|---|---|---:|
| 8 | Advertising | 8 | 2,525 | 18 | Office expense (see instructions) | 18 | 18,998 |
| 9 | Car and truck expenses (see instructions) | 9 | 12,363 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 34,048 | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 40,024 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 4,265 | 21 | Repairs and maintenance | 21 | 4,891 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 13,303 |
| | | | | 23 | Taxes and licenses | 23 | 12,523 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 6,585 |
| 15 | Insurance (other than health) | 15 | 7,010 | b | Deductible meals and entertainment (see instructions) | 24b | 8,744 |
| 16 | Interest: | | | 25 | Utilities | 25 | 13,707 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | 7,429 | 27 a | Other expenses (from line 48) | 27a | 322,198 |
| 17 | Legal and professional services | 17 | 20,787 | b | Reserved for future use | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 529,400 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 20,519 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home:  _____  and (b) the part of your home used for business:  _____  . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | | | | | 31 | 20,519 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**  Schedule C (Form 1040) 2015

EEA

Client Copy

Name(s)  Narongyos Santadsin

SSN  XXX-XX-1660

| Part III | Cost of Goods Sold (see instructions) |

**33** Method(s) used to value closing inventory: **a** [X] Cost  **b** [ ] Lower of cost or market  **c** [ ] Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 420,328 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 146,042 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 70,004 |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | 50 |
| 40 | Add lines 35 through 39 | 40 | 636,424 |
| 41 | Inventory at end of year | 41 | 378,427 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 257,997 |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

**43** When did you place your vehicle in service for business purposes? (month, day, year)  ▶

**44** Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

**a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**47 a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

| Part V | Other Expenses. List below business expenses not included on lines 8-26 or line 30. |

Statement #3

| 48 | **Total other expenses.** Enter here and on line 27a | 48 | 322,198 |

Client Copy